

# NUMBER 13-24-00352-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

JEFFRY G. HERNANDEZ,
INDIVIDUALLY AND D/B/A
AMERICAN CAB COMPANY,
JAMMGS, INC. D/B/A
AMERICAN CAB COMPANY,
AND EDWARD LESLEY,                 **Appellants,**

**v.**

JOSE FIGUEROA AND
PATRICK FIGUEROA,                 **Appellees.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Chief Justice Tijerina**

This matter is before the Court on appellants' unopposed amended motion dismiss appeal. The parties have resolved the dispute and entered into a settlement agreement with regard to all claims between these parties, and appellants request the dismissal of this appeal.

The Court, having considered appellants' unopposed amended motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1), (2). Appellants' amended motion dismiss is granted, and the appeal is hereby dismissed.

In accordance with the parties' apparent agreement as provided in the motion, the costs are taxed against the party incurring the same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
6th day of February, 2025.

2